STATE OF CONNECTICUT *v.* NORMAN DAWKINS
(9019)

DUPONT, C. J., NORCOTT and HEIMAN, Js.

Argued June 11—decision released July 9, 1991

*M. Donald Cardwell,* for the appellant (defendant).

*Susan C. Marks,* assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attorney, and *Kevin P. McMahon,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.